IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| | 05-cr-183-bbc |
| v. | |
| LAUREANO CORTEZ-CRUZ, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Laureano Cortez-Cruz has filed a request with the Bureau of Prisons for a retroactive (concurrent) designation pursuant to 18 U.S.C. § 3621(b). The Bureau of Prisons requests the court's position on Mr. Cortez-Cruz's request. Therefore, I will ask Federal Defender Services to appoint counsel to represent defendant Cortez-Cruz for the sole purpose of addressing this issue. The government and defense counsel may have until May 15, 2009, in which to file and serve a response brief. Each side may have five days thereafter to serve and file a reply.

Entered this 22d day of April, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1