IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                     ORDER

v.                                  05-cr-183-bbc-02

LAUREANO CORTEZ-CRUZ,

        Defendant.

---

      Defendant Cortez-Cruz has filed a motion requesting clarification of his sentence. In a letter written today to the Bureau of Prisons, I have stated my position that the federal sentence should run concurrently with the state sentence imposed on defendant.

      Because the letter addresses defendant's motion, it is not necessary to act on it.

      Entered this 5th day of June, 2009.

                                     BY THE COURT:

                                     /s/

                                     _____
                                     BARBARA B. CRABB
                                     District Judge